IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WASEEM DAKER, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | CIVIL No: 5:15-CV-88-CAR-CHW |
| Commissioner HOMER BRYSON, : | |
| *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Plaintiff Waseem Daker has filed a motion to proceed *in forma pauperis* ("IFP") on appeal (ECF No. 16) from the Court's August 20, 2015 Order denying Plaintiff's motion for leave to proceed IFP and dismissing Plaintiff's Complaint (ECF No. 10). In accordance with the Court's previous order, Plaintiff has timely supplemented his motion by filing two additional motions for leave to proceed *in forma pauperis* that provide information regarding his issues on appeal and a financial affidavit that does not merely incorporate references to previously-filed documents. (ECF Nos. 19, 20.) The Court has reviewed Plaintiff's submissions and **GRANTS** Plaintiff's motions for leave to proceed *in forma pauperis* on appeal.

SO ORDERED this 17th day of February, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE